IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEROME DAVIS, | ) | |
| | ) | 4:05cv3220 |
| Plaintiff, | ) | |
| | ) | MEMORANDUM AND ORDER |
| vs. | ) | |
| | ) | |
| ASARCO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 20, the motion by the plaintiff, Jerome Davis, for voluntary dismissal of the above-entitled case, without prejudice. Pursuant to Fed. R. Civ. P. 41(a), the motion is granted. No defendant has been served with process.

THEREFORE, IT IS ORDERED:

1. That filing no. 20 is granted, and the above-entitled case is dismissed, without prejudice, at the plaintiff's request; and

2. That judgment will be entered accordingly

August 16, 2006.                    BY THE COURT

                                    *s/ Richard G. Kopf*
                                    United States District Judge